RECEIVED
SDNY PRO SE OFFICE

2021 MAY 25   AM 10: 22

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Aziz Salaam

_____

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

City of New York
New York City Police Dept.
P.O. Scrotto
P.O. Jackson

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Aziz / N/A / Salaam
**First Name** / **Middle Initial** / **Last Name**

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

441-21-00815
**Prisoner ID #** (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

RNDC-C-74
**Current Place of Detention**

11-11 Hazen Street
**Institutional Address**

East Elmhurst / NY / 11370
**County, City** / **State** / **Zip Code**

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☒ Other: Parole Violator

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
- First Name / Last Name / Shield #: City of New York
- Current Job Title (or other identifying information):
- Current Work Address: 1 Centre Street
- County, City / State / Zip Code: New York, NY 10007

**Defendant 2:**
- First Name / Last Name / Shield #: New York City Police Dept.
- Current Job Title (or other identifying information):
- Current Work Address: 1 Police Plaza
- County, City / State / Zip Code: New York, NY 10007

**Defendant 3:**
- First Name / Last Name / Shield #: Sciotto
- Current Job Title (or other identifying information): Police officer - Patrolman 103rd pct.
- Current Work Address: 168-01 Edward Byrnes Road
- County, City / State / Zip Code: Jamaica, NY 11433

**Defendant 4:**
- First Name / Last Name / Shield #: Jackson
- Current Job Title (or other identifying information): Police officer - Patrolman 103rd pct.
- Current Work Address: 168-01 Edward Byrnes Road
- County, City / State / Zip Code: Jamaica, NY 11433

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Jamaica Queens, NYC

Date(s) of occurrence: May 1 2021

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

ON May 1, 2021 at approx 4:52 P.M. opposite 106-24 Guy R. Brewer Blvd Jamaica Queens NY 11433 Plaintiff was arrested and charged with Criminal Possession of Controlled Substances CPCS 3rd degree in violation of Penal Law 220.03 by officers Scotto and Jackson of the 103rd precinct in Queens N.Y. under CJTN 69624181K, Arrest Number Q21611295 Assigned to Lisa Saltzman, Legal Aid, Court DATE MAY 7, 2021 in Court part T-10, Queens County District Attorney Assigned MAY 2, 2021 Case Adjourned to June 23, 2021 Court part AP2-V, Case Details- Charges- CR-008737-21/QN PL 220.03·00 A misdemeanor

1 Count Arrest/Arraignment Charge was DISMISSED. During such arrest and continued Incarceration, with a $5.000/$3.000 Bail/Bond, it is impossible for me to be compensated for the deprivation of a bed to sleep on for over 36 hours on a Building to building transfer.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Cruel and inhumane treatment, excessive bail, Force to be subject to strip searches and sleeping in intake reception area holding pens without mattresses or proper covering on the cold Floor for more than 24 hours

**VI. RELIEF**

State briefly what money damages or other relief you want the court to order.

I seek monetary damages in the amount of $219 million dollars for punitive damages and 6 million dollars to be donated to a not for profit of the plaintiffs choice.
1.) Actual Damages? 10 million
2.) Nominal Damages? 9 million
3.) Punitive Damages 200 million
$219.—

at various facilities on Rikers Island, Plaintiff has been held on Riker's Island since his false arrest on such charge.

In all fairness, I strongly advise that the Plaintiff be made WHOLE, from such deplorable and inhumane conditions a grown man must endure upon the Halls and Intakes of Riker's Island.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 5/19/2021

Plaintiff's Signature

First Name: A272

Last Name: Salaam

Prison Address: 11-11 Hazen Street

County, City: East Elmhurst   State: NY   Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 5/20/2021

Page 6

RECEIVED
SDNY PRO SE OFFICE
2021 MAY 25  AM 10: 13

NEW YORK NY 100
21 MAY 2021 PM 6 L

Aziz Salaam
44112 00815
R.N.D.C  11-11 Hazen St
E. Elmhurst NY 11370

Pro-Se Office
United States District Court
500 PEARL Street
New York, NY 10007

10007-131659