```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 AZIZ SALAAM,

                      Plaintiff,          MEMORANDUM & ORDER
                                          21-cv-3172(EK)(LB)
            -against-

 CITY OF NEW YORK, POLICE OFFICER
 SCIOTTO, POLICE OFFICER JACKSON,

                      Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Bloom's Report and Recommendation (R&R) dated April 5, 2022.  ECF No. 35.  Judge Bloom recommends that I dismiss this case pursuant to Federal Rules of Civil Procedure 16(f), 37(b)(2)(A)(v), and 41(b), because Plaintiff failed to appear at a Court conference and then failed to show good cause for his absence.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Bloom's recommendation for clear error on the face of the record.  *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* *State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no clear error and therefore adopt

the R&R in its entirety.  Thus, this case is dismissed.  The Clerk of Court is respectfully directed to close the case.


    SO ORDERED.

                                  /s/ Eric Komitee
                                ERIC KOMITEE
                                United States District Judge


Dated:    June 28, 2022
           Brooklyn, New York